IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAWN SCHAFFNER-WILSON, | ) |
| Plaintiff, | ) CASE NO. 2:19-CV-0034-JTM-JEM |
| v. | ) |
| KOLOB MOUNTAIN PRODUCTS, LLC, and AMAZON.COM, INC., | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS KOLOB MOUNTAIN PRODUCTS, LLC AND AMAZON.COM, INC.**

Come now all parties, by counsel, and hereby stipulate and agree that all claims herein have been resolved and settled, and that the Court may issue an order dismissing this cause of action against Defendants, Kolob Mountain Products, LLC and Amazon.com, Inc., with prejudice.

WHEREFORE, the parties move the Court to enter an order in accordance with this stipulation, and for all other just and proper relief in the premises.

Respectfully submitted,

| KIGHTLINGER & GRAY, LLP | SARKISIAN, SARKISIAN & ASSOCIATES, PC |
|---|---|
| */s/ Pfenne P. Cantrell* <br> Pfenne P. Cantrell, Atty. No. 18555-49 <br> One Indiana Square, Suite 300 <br> 211 N. Pennsylvania Street <br> Indianapolis, IN 46204 <br> *Attorney for Defendant, Kolob Mountain Products, LLC* | */s/Arman G. Sarkisian* <br> Arman G. Sarkisian <br> 6165 Central Avenue <br> Portage, IN 46368 <br> *Attorney for Plaintiff, Dawn Shaffner-Wilson* |

KOPKA PINKUS DOLIN, PC

*/s/Matthew J. Jankowski*
Matthew J. Jankowski
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
*Attorney for Defendant, Amazon.com, Inc.*

# CERTIFICATE OF SERVICE

I certify that on April 17, 2019 a copy of the foregoing was served via ECF to the following counsel of record:

    Arman G. Sarkisian
    Sarkisian, Sarkisian & Associates, PC
    6165 Central Avenue
    Portage, IN 46368
    Arman@sarlawfirm.com

    Matthew J. Jankowski
    Kopka Pinkus Dolin PC
    550 Congressional Blvd., Ste. 310
    Carmel, IN 46032
    mjjankowski@kopkalaw.com

    */s/ Pfenne P. Cantrell*
    Pfenne P. Cantrell

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
P#317/638-4521
F#317/636-5917
pcantrell@k-glaw.com

190189\5276104-1